1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10  MICHAEL CHEN,
11          Petitioner,                    No. CIV S-08-0628 LEW CMK P
12      vs.
13  D.K. SISTO,
14          Respondent.              <u>ORDER</u>
15  _____/
16          Petitioner, a former state prisoner proceeding pro se, has filed an application for a
17  writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for the appointment of counsel.
18          Petitioner is incarcerated in Tutwillder, MS and was convicted in Santa Clara
19  County.   Santa Clara County is in an area embraced by the United States District Court for the
20  Northern District of California.
21          Pursuant to 28 U.S.C  § 2241(d), courts in both the district of conviction and the
22  district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
23  state prisoners.  Because petitioner was not convicted in this district, and is not presently
24  confined here, this court does not have jurisdiction to entertain the application.
25  /////
26  /////

1

1          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2  United States District Court for the Northern District of California.  28 U.S. C. § 2241(d); 28

3  U.S.C. § 1406(a).

4

5  DATED:  March 31, 2008

6                            **CRAIG M. KELLISON**

7                            UNITED STATES MAGISTRATE JUDGE

8

9  /ak
    chen0628.108b